1

2   McGREGOR W. SCOTT
    United States Attorney
3   ADA E. BOSQUE
    Department of Justice
4   501 I Street, Suite 10-100
    Sacramento, CA 95814
5   Telephone (202) 514-0179

6                   IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8
    SATINDERPAL SINGH,             )      CV F-07-1198 OWW SMS
9                                  )
                    Plaintiff,     )
10                                 )      STIPULATED MOTION
             v.                    )      FOR AN EXTENSION OF TIME TO
11                                 )      RESPOND TO THE COMPLAINT
    DON RIDING, FIELD OFFICE       )
12    DIRECTOR, US CITIZENSHIP     )
      AND IMMIGRATION SERVICES,    )
13    et al.,                      )
                    Defendants.    )
14   _____)

15        Defendants, by undersigned counsel, respectfully move, for an

16   additional forty-five (45) days to file the defendants' response to

17   plaintiff's complaint, to and including December 11, 2007.

18        In the complaint, plaintiff alleges defendants have failed to

19   timely process his application for adjustment of status.  Plaintiff

20   is scheduled to be interviewed November 14, 2007.  Once plaintiff is

21   interviewed, the application will be ripe for adjudication.  Because

22   adjudication will obviate the need for further proceedings,

23   defendants respectfully request an extension of the time in which to

24   file their response to the complaint.  Defendants further request

25   the deadline for filing a joint status report be stayed until

26   defendants' file their response to the complaint.

27

1

2

3   This is defendants' first request for an extension in this case.

4   Plaintiff's counsel consents to this motion.

5   Dated: October 29, 2007          Respectfully submitted,

6                                    McGREGOR W. SCOTT
                                     United States Attorney
7

8                                     /s/ Ada E. Bosque
                                     ADA E. BOSQUE
9                                    Department of Justice

10                          O R D E R

11       Pursuant to defendants' request for an extension of the time in

12   which to respond to plaintiff's complaint in *S. Singh v. Riding*, 07-

13   cv-1198-OWW-SMS, and for the reasons stated therein, IT IS HEREBY

14   ORDERED that defendants' deadline to file a response to the

15   complaint is extended until December 11, 2007.  It is further

16   ORDERED that the deadline for filing of a joint status report is

17

18   stayed, pending defendants' response to the complaint.

19

20   IT IS SO ORDERED.

21   **Dated:    November 9, 2007**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27
                                    2