McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SATINDERPAL SINGH, ) | CV 07-F-CV-1198 OWW SMS |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| Michael Chertoff, et al. ) | |
| Defendants. ) | |

Plaintiff Satinderpal Singh filed a complaint for mandamus relief and declaratory judgment, alleging that United States Citizenship and Immigration Services unlawfully delayed adjudication of his application for adjustment of status and seeking an injunction that U.S.C.I.S. proceed with the adjudication. On December 11, 2007, U.S.C.I.S. issued a decision denying plaintiff's application. Accordingly, the government's Motion to Dismiss the matter as moot is GRANTED. Plaintiff has indicated that he has a motion to reopen pending before U.S.C.I.S. This order of dismissal is without prejudice to Plaintiff's filing a new complaint, if appropriate, upon the resolution of that motion.

IT IS SO ORDERED.

Dated: January 22, 2008

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

-1-